**Jerome S. STEIN, Appellant,**

v.

**Pierre L. LABARGE, Jr.,[1] and LaBarge, Inc., Respondents.**

**No. ED 81593.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 10, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Irl B. Baris, St. Louis, MO, for appellant.

Leo V. Garvin, Jr., Paul M. Maloney, St. Louis, MO, for respondent Pierre L. LaBarge, Jr.

E.W. Gentry Sayad, St. Louis, MO, for respondent LaBarge, Inc.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., BOOKER T. SHAW, J.

### *ORDER*

PER CURIAM.

Appellant Jerome S. Stein ("Stein") appeals from the trial court's judgment granting Respondents Pierre L. LaBarge, Jr. and LaBarge, Inc.'s motions for summary judgment. Stein argues the trial court erred in granting Respondents' motions for summary judgment because Respondents failed to make a prima facie showing under Missouri Supreme Court Rule 74.04 and Stein showed that there were genuine issues of material fact.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. Judgment is affirmed pursuant to Rule 84.16(b). The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

1. While this appeal was pending, Pierre L. LaBarge, Jr. died. Pursuant to this Court's Order dated April 18, 2003, Joanne Lockard, Lawrence LeGrand and Leo Garvin, Jr., co- personal representatives of the Estate of Pierre L. LaBarge, Jr., were substituted as parties in his place.